**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br><br>THOMAS W. WILLIAMS,<br><br>    Debtor. | Honorable Ashely M. Chan<br><br>CHAPTER 7 PROCEEDING<br><br>Case No. 22-11553 |
| KATRINA MORRISON, as Executrix of the Estate of George Apfel, also as Trustee of the TRUST OF GEORGE APFEL, and as Conservator of the Conversatorship of Renee A. Apfel,<br><br>    Plaintiffs,<br><br>-vs-<br><br>THOMAS W. WILLIAMS,<br><br>    Defendant. | **ORDER ADMITTING**<br>**MERCEDES DIEGO, ESQ.**<br>***PRO HAC VICE***<br><br>Adv. Pro. No. 22-0066 |

AND NOW, this __22nd__ day of __November__, 2022, it is hereby

ORDERED that the application of Mercedes Diego, Esq., to practice in this court pursuant to Local Bankruptcy Rule 9014-2 is

    ✓    Granted

    ____    Denied

_____
Judge Ashely M. Chan